**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| In Re: | Tony Deeverl Andress Jr.<br>Kara Laurin Andress<br>**Debtor(s)** |

Case No.: 24–30992

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/20/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge